1 LAW OFFICES OF BILL LATOUR
2 BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
3     Loma Linda, California 92354
4     Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
5     E-Mail: Bill.latour@verizon.net
6
7 Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CYNTHIA REYES, | No.  EDCV 09-1501 RNB |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND DOLLARS and 00/cents ($3,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

    DATED: June 21, 2010

    _____
    HON. ROBERT N. BLOCK
    UNITED STATES MAGISTRATE JUDGE

-1-